IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL. )
)
v. ) No. 3:01-0992
) JUDGE CAMPBELL
GEORGE CLINTON, ET AL. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered June 6, 2006 (Docket No. 91), Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Docket No. 97), Plaintiff's Objections to Defendants George Clinton d/b/a Exoskeletal Music and Tic Free Music's Objections to the Report and Recommendation of the Magistrate Judge (Docket No. 99), Defendant's Objections to the Report and Recommendation of June 6, 2006 (Docket No. 92), and Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Docket No. 101). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

The objections (Docket Nos. 97, 99, 92 and 101) are OVERRULED, and the Report and Recommendation (Docket No. 91) is ADOPTED and APPROVED.

Accordingly, Plaintiff's Motion to Enforce Settlement Agreement (Docket No. 81) is DENIED. Plaintiff's Motion for Attorneys' Fees (Docket No. 81) is DENIED. Plaintiff's Motion to Reopen Action (Docket No. 64) is GRANTED.

This case is referred to the Magistrate Judge for entry of a scheduling order and to set a target trial date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE